IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON CLEM, | ) | Civil Action No. 7:13-cv-00093 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD C. CLARKE, et al., | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

                                Entered:  March 13, 2014

                                /s/ Michael F. Urbanski

                                Michael F. Urbanski
                                United States District Judge